UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

ABELSON & TRUESDALE, LLC
By: Steven J. Abelson, Esq.
ID # SA 7987
80 West Main Street
P.O. Box 7005
Freehold, New Jersey 07728
(732) 462-4773
Attorney for Debtor

| | | |
|---|---|---|
| In Re:<br><br>EMILY ARMSTRONG | Case No.: | 18-13155 |
| | Judge: | JNP |
| | Chapter: | 13 |

| | | | |
|---|---|---|---|
| Recommended Local Form: | ☐ Followed | ☐ Modified |

## PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)

I, _____ Emily Armstrong _____, upon my oath according to law, hereby certify as follows:

1.  The below information is being supplied for compliance with the Confirmation Hearing date on _____ April 18th, 2018 _____.

2.  The above named Debtor(s) has /have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3.  The above named Debtor(s) has/have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4.    If the Confirmation hearing date stated in Paragraph 1 is adjourned for any

reason, an updated Certification will be filed with the Court prior to any

subsequent Confirmation hearing date in the event any of the information

contained in this Certification changes.


I certify under penalty of perjury that the foregoing is true and correct.


DATED: _____4/5/18_____          _____
                                                              Signature of Debtor


DATED: _____          _____
                                                              Signature of Joint Debtor


new.5/23/06;jml

2