Printed on: 02/12/2019  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2018 to 12/31/2018  
**Case Number: 18-13155 (JNP)**

Emily H. Armstrong  
142 Rosebay Court  
Delran, NJ  08075

Monthly Payment: $300.00  
Payments / Month: 1  
Current Trustee Comp.: 8.20%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/26/2018 | $300.00 | 04/02/2018 | $300.00 | 05/07/2018 | $300.00 | 06/04/2018 | $300.00 |
| 07/13/2018 | $300.00 | 08/13/2018 | $300.00 | 09/10/2018 | $300.00 | 11/19/2018 | $300.00 |
| 12/17/2018 | $300.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | EMILY H. ARMSTRONG | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | STEVEN J. ABELSON, ESQUIRE | 13 | $2,180.00 | $2,180.00 | $0.00 | $2,180.00 |
| 1 | BANK OF AMERICA, N.A. | 33 | $5,946.37 | $0.00 | $5,946.37 | $0.00 |
| 2 | BEST BUY CREDIT SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CHASE BANK/BANKRUPTCY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | LVNV FUNDING, LLC | 33 | $1,068.82 | $0.00 | $1,068.82 | $0.00 |
| 5 | DISCOVER BANK | 33 | $19,434.07 | $0.00 | $19,434.07 | $0.00 |
| 6 | DISCOVER STUDENT LOANS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | HYUNDAI CAPITAL AMERICA | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | CAPITAL ONE, N.A. | 33 | $929.65 | $0.00 | $929.65 | $0.00 |
| 9 | PAYPAL/SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | QUICKEN LOANS, INC. | 24 | $124.76 | $14.27 | $110.49 | $0.77 |
| 12 | LVNV FUNDING, LLC | 33 | $36,124.69 | $0.00 | $36,124.69 | $0.00 |
| 13 | QUANTUM3 GROUP, LLC | 33 | $2,223.96 | $0.00 | $2,223.96 | $0.00 |
| 14 | TD BANK USA, N.A. | 33 | $1,974.70 | $0.00 | $1,974.70 | $0.00 |
| 15 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | STEVEN J. ABELSON | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | QUICKEN LOANS INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | DAVID ARMSTRONG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | DISCOVER BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | QUICKEN LOANS INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | REDDING BANK OF COMMERCE | 24 | $4,968.53 | $568.13 | $4,400.40 | $30.83 |
| 23 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | AMERICAN INFOSOURCE, LP | 33 | $295.30 | $0.00 | $295.30 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 03/01/2018 | 60.00 | $300.00 |
| 03/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $2,700.00 |
| Total paid to creditors this period: | $2,211.60 |
| Undistributed Funds on Hand: | $275.40 |
| Arrearages: | $300.00 |
| Attorney: | STEVEN J. ABELSON, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**