Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 18-13155 (JNP)

Emily H. Armstrong  
142 Rosebay Court  
Delran, NJ  08075

Monthly Payment: $300.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/31/2022 | $300.00 | 02/28/2022 | $300.00 | 03/14/2022 | $300.00 | 05/02/2022 | $300.00 |
| 05/31/2022 | $300.00 | 06/27/2022 | $300.00 | 07/11/2022 | $300.00 | 09/06/2022 | $300.00 |
| 09/30/2022 | $300.00 | 10/27/2022 | $300.00 | 11/28/2022 | $300.00 | 12/27/2022 | $300.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | EMILY H. ARMSTRONG | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | STEVEN J. ABELSON, ESQUIRE | 13 | $2,180.00 | $2,180.00 | $0.00 | $0.00 |
| 1 | BANK OF AMERICA, N.A. | 33 | $5,946.37 | $713.27 | $5,233.10 | $264.34 |
| 2 | BEST BUY CREDIT SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | JPMORGAN CHASE BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | LVNV FUNDING, LLC | 33 | $1,068.82 | $128.21 | $940.61 | $47.51 |
| 5 | DISCOVER BANK | 33 | $19,434.07 | $2,331.14 | $17,102.93 | $863.95 |
| 6 | DISCOVER STUDENT LOANS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | HYUNDAI CAPITAL AMERICA | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | CAPITAL ONE, N.A. | 33 | $929.65 | $111.51 | $818.14 | $41.33 |
| 9 | PAYPAL/SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | ROCKET MORTGAGE, LLC | 24 | $124.76 | $124.76 | $0.00 | $0.00 |
| 12 | LVNV FUNDING, LLC | 33 | $36,124.69 | $4,333.21 | $31,791.48 | $1,605.94 |
| 13 | QUANTUM3 GROUP, LLC | 33 | $2,223.96 | $266.76 | $1,957.20 | $98.86 |
| 14 | TD BANK USA, N.A. | 33 | $1,974.70 | $236.87 | $1,737.83 | $87.78 |
| 15 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | STEVEN J. ABELSON | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | ROCKET MORTGAGE, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | DAVID ARMSTRONG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | DISCOVER BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | ROCKET MORTGAGE, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | SERVICE FINANCE COMPANY, LLC | 24 | $4,968.53 | $4,968.53 | $0.00 | $0.00 |
| 23 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | AMERICAN INFOSOURCE, LP | 33 | $295.30 | $35.42 | $259.88 | $13.12 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 03/01/2018 | 60.00 | $300.00 |
| 03/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,600.00 |
| Total paid to creditors this period: | $3,022.83 |
| Undistributed Funds on Hand: | $548.41 |
| Arrearages: | $0.00 |
| Attorney: | STEVEN J. ABELSON, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**