**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Emily H. Armstrong** <br> First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–2643 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–13155–JNP | |

# Order of Discharge                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Emily H. Armstrong

<u>6/9/23</u>                                                        **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support
       obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified
       in 11 U.S.C. §§ 507(a)(8)( C),
       523(a)(1)(B), or 523(a)(1)(C) to the
       extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Emily H. Armstrong  
    Debtor

Case No. 18-13155-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Jun 09, 2023      Form ID: 3180W      Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Emily H. Armstrong, 142 Rosebay Court, Delran, NJ 08075-2848 |
| 517339455 | + | Discover Student Loans, Great Lakes, P.O. Box 3059, Milwaukee, WI 53201-3059 |
| 517437407 | + | Redding Bank of Commerce, Service Finance Co., LLC, 555 S. Federal Hwy #200, Boca Raton, FL 33432-6033 |
| 517339460 | + | Service Finance, P.O. Box 3348, Portland, OR 97208-3348 |
| 517339461 | + | SoFi Lending Corp, Dept 3534, P.O. Box 123534, Dallas, TX 75312-3534 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 09 2023 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 09 2023 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517339450 | | EDI: BANKAMER.COM | Jun 10 2023 00:52:00 | Bank of America, P.O. Box 982235, El Paso, TX 79998 |
| 517484111 | + | EDI: BANKAMER2.COM | Jun 10 2023 00:52:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517339451 | + | EDI: CITICORP.COM | Jun 10 2023 00:52:00 | Best Buy Credit Services, P.O. Box 790441, Saint Louis, MO 63179-0441 |
| 517449589 | | Email/PDF: bncnotices@becket-lee.com | Jun 09 2023 21:22:59 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517339453 | + | EDI: CITICORP.COM | Jun 10 2023 00:52:00 | Citibank, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 517339454 | | EDI: DISCOVER.COM | Jun 10 2023 00:52:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 517356997 | | EDI: DISCOVER.COM | Jun 10 2023 00:52:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517445918 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jun 09 2023 21:04:00 | Hyundai Capital America DBA, Kia Motors Finance, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 517339452 | | EDI: JPMORGANCHASE | Jun 10 2023 00:52:00 | Chase Bank/Bankruptcy, Attn. Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 517339456 | ^ | MEBN | Jun 09 2023 21:01:04 | KIA Motor Finance, P.O. Box 20835, Fountain Valley, CA 92728-0835 |
| 517339457 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 09 2023 21:03:00 | Kohl's, P.O. Box 3043, Milwaukee, WI 53201-3043 |

Case 18-13155-JNP    Doc 37    Filed 06/11/23    Entered 06/12/23 00:17:03    Desc Imaged
                         Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 09, 2023 | Form ID: 3180W | Total Noticed: 31 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 517650578 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 09 2023 21:23:02 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517650584 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 09 2023 21:10:32 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, c/o Resurgent Capital Services 29603-0587 |
| 517477535 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 09 2023 21:22:50 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517339458 | + | EDI: RMSC.COM | Jun 10 2023 00:52:00 | Paypal/Synchrony Bank, Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 517447209 | | EDI: Q3G.COM | Jun 10 2023 00:52:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517339459 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 09 2023 21:04:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 517370594 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 09 2023 21:04:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 517482310 | + | Email/Text: specialservicing@sofi.com | Jun 09 2023 21:04:00 | SoFi Lending Corp, One Letterman Dr Bldg A Ste 4700, San Francisco, CA 94129, 8 94129-1518 |
| 517339720 | + | EDI: RMSC.COM | Jun 10 2023 00:52:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517483643 | + | Email/Text: bncmail@w-legal.com | Jun 09 2023 21:04:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517339463 | + | EDI: RMSC.COM | Jun 10 2023 00:52:00 | TJX Companies, Synchrony Bank, P.O. Box 965005, Orlando, FL 32896-5005 |
| 517339462 | + | EDI: WTRRNBANK.COM | Jun 10 2023 00:52:00 | Target, Bankruptcy Dept, P.O. Box 1327, Minneapolis, MN 55440-1327 |
| 517468007 | + | EDI: AIS.COM | Jun 10 2023 00:52:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517341275 | | David Armstrong, No address provided |
| 517650583 | * | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 09, 2023 | Form ID: 3180W | Total Noticed: 31 |

Date: Jun 11, 2023  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2023 at the address(es) listed below:**

**Name**  **Email Address**

Brian C. Nicholas
on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Isabel C. Balboa
ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Kevin Gordon McDonald
on behalf of Creditor Quicken Loans Inc. kmcdonald@blankrome.com bkgroup@kmllawgroup.com

Steven J. Abelson
on behalf of Debtor Emily H. Armstrong sjaesq@atrbklaw.com atrbk1@gmail.com;r49787@notify.bestcase.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8